# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144675

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JAMI L. THADEN, TERI L. BEAL, and
JONI S. MERINO,
        Plaintiffs/Counter-
        Defendants-Appellees,

v

        SC: 144675
        COA: 299036
        Alcona CC: 09-001308-CH

JOYE L. GORINAC and LAVERNE
GORINAC,
        Defendants/Counter
        Plaintiffs-Appellants.

_____/

On order of the Court, the application for leave to appeal the November 1, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

t0618

                  Clerk